UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN SOUZA,<br>on his own behalf and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>SOUTHCOAST HEALTH SYSTEM, INC.,<br><br>       Defendant. | Civil Action No. 1:22-CV-11472 |

## NOTICE OF REMOVAL

Defendant Southcoast Health System, Inc. ("Defendant"), pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, hereby removes this matter to the United States District Court for the District of Massachusetts. The grounds for removal are as follows:

### THE ACTION AND RELEVANT BACKGROUND

1. On or about July 18, 2022, Plaintiff Jonathan Souza ("Plaintiff") filed a civil action against Defendant in the Bristol County Superior Court of the Commonwealth of Massachusetts, entitled *Jonathan Souza, on his own behalf and on behalf of all others similarly situated, v. Southcoast Health System, Inc.*, Civil Action No. 2273CV0496A ("State Court Action").

2. On August 23, 2022 Plaintiff served Defendant the Summons and Complaint in connection with the State Court Action.

3. Pursuant to 28 U.S.C. § 1446(a), true and accurate copies of all process, pleadings, and orders to date in the State Court Action are attached hereto as <u>Exhibit A</u>.

4. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been filed with this Court within thirty (30) days of service of the Summons and Complaint in the State Court Action.

5. No further pleadings or proceedings have occurred in the State Court Action.

6. The State Court Action is being removed to this Court on the grounds that original jurisdiction of this action is in this Court. Specifically, Plaintiff's claims arise under a federal question.

7. This Court has original jurisdiction over this action by virtue of federal question jurisdiction pursuant to 28 U.S.C. § 1331.

8. Specifically, in Count I of the Complaint, Plaintiff brings claims under 42 U.S.C. §2000e for alleged violations of Title VII of the Civil Rights Act of 1964.

9. Because United States District Courts have original jurisdiction over actions involving federal question, pursuant to 28 U.S.C. § 1331, removal of this case to this Court under the circumstances herein is proper.

10. Accordingly, the State Court Action is removable to the Court under 28 U.S.C. § 1441(a). Furthermore, this Court may exercise supplemental jurisdiction over the Plaintiff's state law claims. See 28 U.S.C. § 1367(a).

11. Venue is proper because the Bristol County Superior Court of the Commonwealth of Massachusetts, the court where the State Action is pending, is embraced within "the district and division" of this Court. See 28 U.S.C. § 1441(a).

12. By copy of this document and in accordance with the Certificate of Service, Defendant is providing notice to all Parties in this action advising of the filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

13. Defendant submits this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding Plaintiff has pled claims upon which relief may be granted.

14. Defendant will notify the Bristol County Superior Court and Plaintiff of this Notice of Removal by filing with the Superior Court a Notice of Filing of Notice of Removal.  A copy of that notification, which will be sent to the Bristol County Superior Court, is attached hereto as <u>Exhibit B</u>.

WHEREFORE, Defendant prays that the State Court Action now pending against it in Bristol County Superior Court of the Commonwealth of Massachusetts be removed therefrom to this Court.

Respectfully submitted,
Southcoast Health System, Inc.

By their attorneys,


*/s/ Sarah B. Herlihy*
Sarah B. Herlihy (BBO #640531)
Jeanette M. Martinez Figueroa (BBO # 707465)
JACKSON LEWIS P.C.
75 Park Plaza, 4th Floor
Boston, MA  02116
T: 617-367-0025; F: 617-367-2155
sarah.herlihy@jacksonlewis.com
jeanette.martinezfigueroa@jacksonlewis.com

Dated:  September 12, 2022

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of September, 2022, a copy of the foregoing document was served upon Plaintiff's counsel of record, Ryan P. McLane, McLane & McLane, LLC, 269 South Westfield St. Feeding Hills, MA  01030, via electronic mail to ryan@mclanelaw.com.

                                        */s/ Jeanette M. Martinez Figueroa*
                                        Jackson Lewis P.C.

4885-1961-3489, v. 1